**FILED**

MAR 14 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr52-MHT |
| | ) | [18 USC § 922(g)(1)] |
| ANDREW O'NEAL LOWERY | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 13th day of December, 2007, in Greenville, Alabama, within the Middle District of Alabama,

ANDREW O'NEAL LOWERY,

defendant herein, having been convicted on or about the 21st day of November, 1997, of Robbery Third Degree, in the Circuit Court of Butler County, Alabama, case number CC-97-88, a felony for which he was sentenced to serve 15 years in the penitentiary concurrent with CC 95-24 and CC 95-25, thereafter possessed, in and affecting commerce, a Savage Arms, Model 187J, .22 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

ANDREW O'NEAL LOWERY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Savage Arms, Model 187J, .22 caliber rifle.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

A TRUE BILL:

*Marie A. Halling*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney