IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr52-MHT |
| ) | |
| ANDREW O'NEAL LOWERY ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 21, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Butler County Jail, Greenville, Alabama, commanding them to deliver Andrew O'Neal Lowery, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on June 11, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

Done this 21st day of April, 2008.

                                                 /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE