RETURNED AND FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MAY 1 2 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NUMBER: 2:08cr52-MHT |
| | ) | |
| ANDREW O'NEAL LOWERY | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE   BUTLER COUNTY JAIL
                                AT   GREENVILLE, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **ANDREW O'NEAL LOWERY**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom 4A of said Court in the City of **MONTGOMERY**, on **JUNE 11, 2008**, at **10:30 A.M.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**RETURNED UNEXECUTED**

BY ORDER OF THE COURT.

DONE this the <u>21ST</u> day of APRIL, 2008.

*Released to USMS on detainer*

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk