```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cr52-MHT |
| | ) | |
| **ANDREW O'NEAL LOWERY** | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 21st day of May, 2008.

```
                    LEURA G. CANARY
                    UNITED STATES ATTORNEY


                    /s/Tommie Brown Hardwick
                    TOMMIE BROWN HARDWICK
                    Assistant United States Attorney
                    Bar Number: ASB4152 W86T
                    131 Clayton Street
                    Montgomery, Alabama 36104
                    Phone: (334) 223-7280
                    Fax: (334) 223-7135
                    E-mail: tommie.hardwick@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney